UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIEL TRINIDAD REYNA, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>SAILED, LLC (D/B/A FRIENDLY'S PIZZERIA), ARTURO FLORES, and GERARDA ROSAS,<br><br>Defendants. | 19-cv-06969-PGG-KNF<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Gabriel Trinidad Reyna ("Plaintiff") and Defendants Sailed, LLC (d/b/a Friendly's Pizzeria), Arturo Flores, and Gerarda Rosas ("Defendants") that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is voluntarily dismissed with prejudice. Each party will bear its own costs.

Dated:   New York, New York
         March 3, 2020

MICHAEL FAILLACE & ASSOCIATES, P.C.

By:_____
:
Gennadiy Naydenskiy
60 East 42nd Street, Suite 4510
New York, New York 10165
Tel: (212) 317-1200
gnaydenskiy@faillacelaw.com

*Counsel for Plaintiff*

STROOCK & STROOCK & LAVAN LLP

By: /s/ Kerry T. Cooperman

Kerry T. Cooperman
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-6544
kcooperman@stroock.com

*Counsel for Defendants*

NY 77991500v1
02/06/2020 8:41 AM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL TRINIDAD REYNA, *individually and on behalf of others similarly situated,*

Plaintiff,

-against-

SAILED, LLC (D/B/A FRIENDLY'S PIZZERIA), ARTURO FLORES, and GERARDA ROSAS,

Defendants.

19-cv-06969-PGG-KNF

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Gabriel Trinidad Reyna ("Plaintiff") and Defendants Sailed, LLC (d/b/a Friendly's Pizzeria), Arturo Flores, and Gerarda Rosas ("Defendants") that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is voluntarily dismissed with prejudice. Each party will bear its own costs.

Dated:   New York, New York
         March __, 2020

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
:
Gennadiy Naydenskiy
60 East 42nd Street, Suite 4510
New York, New York 10165
Tel: (212) 317-1200
gnaydenskiy@faillacelaw.com

*Counsel for Plaintiff*

STROOCK & STROOCK & LAVAN LLP

By: _____

Kerry T. Cooperman
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-6544
kcooperman@stroock.com

*Counsel for Defendants*

SO ORDERED.

*Paul G. Gardephe* (signature)

_____
Paul G. Gardephe
United States District Judge
April 1, 2020

NY 77991500v1
02/06/2020 8:41 AM